UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,  CASE NO. 13-61998-KMM

    Appellant,

v.

JOEL L. TABAS,

    Appellee.
_____/

## NOTICE OF RELATED ACTIONS

Appellant, SAMUEL D. ROSEN, by and through undersigned counsel and in accordance with Local Rule 3.8, hereby give Notice of Pending, Related or Similar Action. *Samuel D. Rosen, Appellant v. Joel L. Tabas, Appellee,* bearing Case No. 13-cv-61984-RSR, before the Honorable Robin S. Rosenbaum, which involve issues that are intertwined with the issues herein. Appellant filed a Notice of Appeal on August 26, 2013, bearing Case No. 13-cv-14289-RBR. Judge Ray considered this cause, and many identical issues in rendering the Order giving rise to the appeal in Case No. 13-cv-61984-RJR. Those same issues will be central to Appellants' arguments on appeal herein.

The record on appeal in Case No. 13-cv-61984-RJR was transmitted on September 11, 2013 [D.E. 321].

Therefore, clarification is needed as to whether this appeal should be assigned or transferred under Local Rule 87.4(d) to the Honorable Robin S. Rosenbaum.

1

Dated: September 24, 2013

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).*

Respectfully submitted,

**SWEETAPPLE, BROEKER & VARKAS, P.L.**
777 Brickell Avenue – Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax: (305) 358-1023
docservice@broekerlaw.com
doug@broekerlaw.com

By: /s/ Douglas C. Broeker, Esq.
      Douglas C. Broeker, Esq.
      FL Bar. No.: 306738

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 24th day of September 2013.

By:/s/ Douglas C. Broeker
      Douglas C. Broeker, Esq.
      Florida Bar No. 306738

2

## SERVICE LIST
## Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Joe M. Grant, jgrant@msglaw.com
Lawrence E. Pecan, efile@msglaw.com
Thomas L. Abrams, tabrams@tabramslaw.com
Office of the US Trustee, ustpregion21mm.ecf@usdoj.gov
Chad Pugatch; cpugatch.ecf@rprslaw.com
Kenneth A. Welt, court@trusteeservices.biz, fl10@ecfcbis.com
Gary M. Freedman, gfreedman@tabasfreedman.com
Damaris D. Rosich-Schwartz, Damaris.D.Rosich-Schwartz@usdoj.gov
Peter E. Shapiro, pshapiro@shapirolawpa.com
Eric J. Silver, esilver@stearnsweaver.com
Joel L. Tabas, JLT@tfsmlaw.com


**SERVED VIA U.S. MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Hwy., Ste. 200
Ft. Lauderdale, FL 33316

Mark LaFontaine
5100 N. Fed. Hwy. #407
Ft. Lauderdale, FL 33308